NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DERRICK DESHAWN SHEFFIELD,          )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No.  2D18-198
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____)

Opinion filed August 23, 2019.

Appeal from the Circuit Court for
Hillsborough County; Ronald Ficarrotta,
Judge.

Howard L. Dimmig, II, Public
Defender, and Robert D. Rosen,
Assistant Public Defender, Bartow,
for Appellant.

Carolyn Snurkowski, Associate
Deputy Attorney General,
Tallahassee, and Linsey
Sims-Bohnenstiehl, Assistant
Attorney General, Tampa,
for Appellee.


PER CURIAM.

          Affirmed.


VILLANTI, ATKINSON, and SMITH, JJ., Concur.